IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00873-REB-BNB

ADEBAYO ALARAPE,
MANGAR AMERDID,
SAMAR E-BAYOUMY, and
JAMES GRIEGO,

Plaintiffs,

v.

GROUP 1 AUTOMOTIVE, INC., and
LUBY CHEVROLET CO.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Stipulation Resolving Subpoena Issues** [docket no. 30, filed June 13, 2007],

IT IS ORDERED that the **Motion to Quash Subpoena Duces Tecum Served on Rocky's Autos Inc**. [docket 27, filed June 6, 2007] is DENIED AS MOOT, and the hearing set for June 27, 2007, is VACATED.

DATED:  June 14, 2007