**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00873-REB-BNB

ADEBAYO ALARAPE,
MANGAR AMERDID,
SAMER EL-BAYOUMY, and
JAMES GRIEGO,

      Plaintiffs,

v.

GROUP 1 AUTOMOTIVE, INC., and
LUBY CHEVROLET CO.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter comes before the court on the **Joint Stipulation Requesting Lifting of Stay and Dismissal With Prejudice** [#32], filed September 17, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved, that the stay should be lifted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Stipulation Requesting Lifting of Stay and Dismissal With Prejudice** [#32], filed September 17, 2007, is **APPROVED**;

      2.  That the stay is **LIFTED**;

      3. That the Trial Preparation Conference set for October 26, 2007, is **VACATED**;

2

     4.  That the jury trial set to commence November 12, 2007, is **VACATED**; and

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 17, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**